### *COLUMBUS V. SARAH G. SCHNEIDER ET AL.

1. ASSESSMENTS—PETITION TO ENFORCE COLLECTION.

   A petition to enforce the collection of assessments for a street improvement which shows that theretofore in a proper proceeding, in a proper tribunal and between the proper parties, the claim set forth in the petition was adjudged to be a lien upon the premises described in the petition, and that it is unpaid, is sufficient on demurrer.

2. SAME—QUESTIONS ARISING UNDER PETITION.

   Under such a petition no question can arise as to the validity of the "Penn Act," under which the assessment proceedings were conducted, nor in regard to the statute of limitations.

STEWART, J.

The petition in this case is voluminous and involved in its allegations; much that is recited seems to us valueless in the pleading. The real cause of action is the enforcement of a lien for the improvement of North High street, and by the amendment to the petition it appears that in a proper proceeding, in a proper tribunal and between the proper parties, the claim set forth in the petition was adjudged to be a lien upon the premises described in the petition in favor of this plaintiff and that it is unpaid.

Hence no question in regard to the "Penn Act" or the statute of limitation can arise in view of these allegations.

The demurrer will be overruled.

---

*For a later decision of the circuit court, containing a full statement of the case, and which was affirmed by the Supreme Court, and reaffirming this decision, see *post*, 781. See also 54 Ohio St., 617.